# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

WILLIAM BRANDON WOODARD,

    Plaintiff,

v.                        CASE NO. 5:16-cv-00022-MP-EMT

PAUL BAXLEY, JASON KLINGENSMITH, PARKER POLICE DEPARTMENT,

    Defendants.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 8, 2016. (Doc. 8). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This matter is dismissed for failure to follow orders of the Court. The Clerk is directed to enter judgment and close the file.

**DONE AND ORDERED** this *7th* day of December, 2016

                    *s/Maurice M. Paul*
                    Maurice M. Paul, Senior District Judge